# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SPECIALIST CALEB D. JONES

NO. 2023 KW 0414

**JUNE 1, 2023**

---

In Re: State of Louisiana, applying for rehearing, Special Court-Martial, Parish of Lafayette, No. 2002-341.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**MRT**
**CHH**

**Chutz, J.,** dissents and would deny the application for rehearing.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT